THOMASON v. FIBER INDUSTRIES

No. 758P85.

Case below: 78 N.C. App. 159.

Petition by defendants for discretionary review under G.S. 7A-31 denied 18 February 1986.

UNDERWOOD v. CONE MILLS CORP.

No. 14P86.

Case below: 78 N.C. App. 155.

Petition by defendant for discretionary review under G.S. 7A-31 denied 5 March 1986.

WHITLEY v. COLUMBIA LUMBER MFG. CO.

No. 805PA85.

Case below: 78 N.C. App. 217.

Petition by plaintiff for discretionary review under G.S. 7A-31 allowed 5 March 1986.

YOUNG'S SHEET METAL AND ROOFING, INC. v. WILKINS, COMR. OF MOTOR VEHICLES

No. 662P85.

Case below: 77 N.C. App. 180.

Petition by defendant for discretionary review under G.S. 7A-31 denied 18 February 1986. Notice of appeal by defendant under G.S. 7A-30 dismissed 18 February 1986.